# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/19/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     MAG NO. 04-0248BMK

CASE NAME:       USA vs. ROBERT J. RAMOLETE

ATTYS FOR PLA:   Tracy Hino

ATTYS FOR DEFT:  Loretta A. Faymonville

INTERPRETER:

| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
|---|---|---|---|
| DATE: | 1/19/2006 | TIME: | 1:45-2:00 |

COURT ACTION:   EP: Status Conference with Counsel only held.

Submitted by: Warren N. Nakamura, Courtroom Manager