# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/20/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     MAG NO. 04-0248BMK

CASE NAME:       USA vs. ROBERT J. RAMOLETE

ATTYS FOR PLA:   Tracy Hino

ATTYS FOR DEFT:  Loretta A. Faymonville

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:   FTR-Courtroom 7

DATE:     1/20/2006                    TIME:       9:11-9:17

COURT ACTION:  EP: Status Conference Re: Mental Competency of Defendant - Defendant present in custody.

Court in receipt of letters and forensic examination. Govt and Defense submits on report. Court finds that defendant does not pose a danger to the community if released.

Govt's Oral Motion to Dismiss Complaint Granted. Govt to prepare Order.

Court directs the U.S. Marshals to release Defendant **only** to a representative from Helping Hands.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager