# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/20/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       MAG NO. 04-0248BMK

CASE NAME:         USA vs. ROBERT J. RAMOLETE

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    1/20/2006                    TIME:

COURT ACTION:  EO:

Court directs the U.S. Marshals to release Defendant to a **staff member of the Federal Public Defenders Office** who will deliver Defendant to Helping Hands.

Submitted by: Warren N. Nakamura, Courtroom Manager