EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON    #4532
Chief, Major Crimes

TRACY A. HINO       #3202
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Tracy.Hino@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 04-0248 BMK |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING GOVERNMENT'S |
| | ) | ORAL MOTION TO DISMISS |
| vs. | ) | COMPLAINT AND FINDING |
| | ) | THAT DEFENDANT'S RELEASE WOULD |
| ROBERT RAMOLETE, | ) | NOT CREATE A SUBSTANTIAL RISK |
| | ) | OF BODILY INJURY TO ANOTHER |
| Defendant. | ) | PERSON OR SERIOUS DAMAGE TO |
| _____ | ) | PROPERTY OF ANOTHER |

ORDER GRANTING GOVERNMENT'S ORAL
MOTION TO DISMISS COMPLAINT AND FINDING
THAT DEFENDANT'S RELEASE WOULD NOT CREATE
A SUBSTANTIAL RISK OF BODILY INJURY TO ANOTHER
<u>PERSON OR SERIOUS DAMAGE TO PROPERTY OF ANOTHER</u>

This matter came on for a status conference on January 20, 2006, before Magistrate Judge Leslie E. Kobayashi, to determine whether Defendant ROBERT J. RAMOLETE ("Defendant") is presently suffering from a mental disease or defect as a result

of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another.  Tracy A. Hino, Assistant United States Attorney, appeared on behalf of the United States, and Loretta Faymonville, Assistant Federal Public Defender, appeared on behalf of the Defendant.

After carefully reviewing and considering the three forensic evaluations prepared in connection with these proceedings and pursuant to the Government's oral motion pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss the complaint, this Court makes the following findings of fact and conclusions of law:

1.   The Defendant is presently suffering from a mental disease or defect, however, this Court is in agreement with the conclusions reached by the forensic examiners that the Defendant's release would not create a substantial risk of bodily injury to another person or serious damage to property of another.

//
//
//
//
//
//

      2.    The Court grants the Government's oral motion to dismiss the complaint.

      DATED: Honolulu, Hawaii, January 23, 2006.

                       EDWARD H. KUBO, JR.
                       United States Attorney
                       District of Hawaii

                       By /s/Tracy A. Hino
                          TRACY A. HINO
                          Assistant U.S. Attorney

IT IS SO APPROVED AND ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

United States v. Robert J. Ramolete
Mag. No. 04-0248 BMK
"Order Granting Government's Oral Motion to Dismiss Complaint and Finding That Defendant's Release Would Not Create a Substantial Risk of Bodily Injury to Another Person or Serious Damage to Property of Another"

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following person by: [X] hand delivering; [ ] mailing said document on January 24, 2006.

LORETTA FAYMONVILLE
Assistant Federal Public Defender
300 Ala Moana Blvd., Rm. 7-104
Honolulu, Hawaii 96850

Attorney for Defendant

DATED:  Honolulu, Hawaii, January 24, 2006.

/s/ Valerie Domingo
_____