UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, ROOM C-400
HONOLULU, HI 96850-0400

HELEN GILLMOR
CHIEF UNITED STATES DISTRICT JUDGE

TEL (808)541-3502
FAX (808)541-3579

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 7 2007

at ll o'clock and 09 min. AM
SUE BEITIA, CLERK

# TRANSMITTAL

TO:      Loretta A. Faymonville
         Assistant Federal Public Defender

         Tracy Hino
         Assistant United States Attorney

FROM:    Kat Koshi

DATE:    January 17, 2007

SUBJECT: Mag. No. 04-00248 BMK
         United States v. Robert J. Ramolete

Attached is a copy of a letter received from Defendant Ramolete. The Court does not intend to respond to Mr. Ramolete's letter.

attachment