ROBERT J. RAMOLETE, SR.
SID # A0114844
2199 KAMEHAMEHA HIGHWAY
HONOLULU, HAWAII 96819
OAHU COMMUNITY CORRECTIONAL CENTER
MODULE ONE

U.S. POSTAGE
PB5531890
1090
0094 $00.390 JAN 11 2007
0840 MAILED FROM ZIP CODE 96819

Honorable Helen Gillmor, Chief Judge
United States District Court for the District of Hawaii
300 Ala Moana Blvd.,
Honolulu, Hawaii 96850

Mag # 04-248BMK-01

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 12 2007
DISTRICT OF HAWAII

 

### Friends of Cancer Research
### Ways to Give

Thank you for supporting the Friends of the Cancer Research Center of Hawai'i.

The amount of my gift is:
☐ $500      ☐ $100      ☐ $50      ☑ Other $ 999,999.99

Name (please print): ROBERT JAMES PANOLETE

Street Address: 1640 SO. KING ST.

City: HONOLULU      State: HAWAII

Zip: 96826

Telephone: (808) 922-4790

Make check payable to:
**Friends of Cancer Research**
1236 Lauhala Street
Honolulu, Hawai'i 96813
Telephone 808-586-3010
www.crch.org

Mahalo for your donation. Your gift to Friends of the Cancer Research Center of Hawai'i is tax-deductible as allowed by law. The Federal tax ID number is 99-0207313

EXECUTIVE BRANCH
USA PATRIOT ACT OF 2001
JUDICIAL OVERSIGHT

Robert J. Ramolete, Sr., MVPC, JD, PhD.
AKA Federal EIN: 99-0306549 DBA Ramolete Corporation
c/o Oahu Community Correctional Center
SID # 40114844, Module One
2199 Kamehameha Hwy.
Honolulu, Hawaii 96819

MJ 04-248 BMK-01

January 4, 2007

Honorable Helen Gilmore, Chief Judge
United States District Court for the District of Hawaii
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 17 2007
DISTRICT OF HAWAII

Dear Honorable Gilmore:

RE: Request for Expungement of FBI Records

Pursuant to the USA Patriot Act of 2001 and in the concerns of my position in the Executive Branch as a White House, non career appointee for the Dept. of Consumer Affairs Region 10 and U.S. Dept. of Consumer Affairs Region 9, I would like to use this opportunity to request and hereby move the court pursuant to 41 CFR Subpart 1-5.9 Public Contract to Expunge the complete Federal Bureau of Investigation record being maintained on my person and the Ramolete Corporation since 1972 as it was brought to my attention in February of 2004. The attorney of record at the Federal Public Defender's Office in the matter of United States v. Robert J. Ramolete, MAG. No. 04-0248BMK is Lorretta A. Faymonville. All of the records maintained since 1972 is false, misleading and inaccurate. The information has been used in Health Care Fraud and Abuse issues since my return to Hawaii in 1976.

The USA Patriot Act of 2001 by Lexis Nexis, Section VIII, Improved Intelligence

Robert J. K[...]
World Health Organization
Dept. of Consumer Affairs Region 9
U.S. Dept. of Consumer Affairs - Region 10
Ramotec Corporation
Bob's Music, Inc.
Ramo Entertainment Production
Ramo                       Plaintiffs
          vs.

United States Dept. of Justice
U.S. Marshals Service
Justice Prisoner Alien Transportation System
Airborne Division, Oklahoma City, OK
Crew of Flight on February 10, 2005
                          Defendants

Criminal Complaint

Federal Statute
Conspiracy to prevent the discharge of duties of the Federal Office, 18 USC §372. Contempt in act and conduct intending to deflect and or deter the Courts from the performance of its duty by placing it in a wrong position before a public eye constituting obstruction to the administration of justice, 17 CJS, Injuring, Impeding, Intimidation of a Federal Officer 18 USC §254, Racketeering (RICO Act 18 USC §1961) Terrorist related offense, expanded in definition by the U.S.A. Patriot Act of 2001
Employee Misconduct in the course of their employment

## Findings of the Facts - Ministerial Function Test

On or about August 11, 2004, Place: Sea Tac, Washington/Airport a Region 10 operation, I arrived at this airport in leg irons and handcuffs as a prisoner being transported by the United States Marshal Service to Oklahoma City, OK. As a prisoner being processed for release to the custody of the U.S. Marshals, the Correctional Officer at the Federal Bureau of Prisons did not remove my watch as part of their routine and in doing so, the U.S. Marshal at the airport did take into consideration and informed me that he would be returning my watch at the destination at the Federal Medical Center, Butner, N.C. on Aug. 13, 2004.

NOTE: AT AGE 9 I WAS A VICTIM OF AN INCESTUAL ACT WHEREUPON MY YOUNGER SISTER AT AGE 6 AND IN WHICH SHE WAS RUMORED TO BE FATHERED BY THE MAN WHO EVENTUALLY BECAME MY STEPFATHER (ANGEL QUICCHO), IN THIS RESPECT, MY SO CALLED "SISTER" WAS INSTRUCTED BY MY SO CALLED "AUNTY" EVELYN SEGUERRE (NKA MALOLOS) WHO IN REALITY IS MY 2ND COUSIN BECAUSE MY MOTHER IDA WAS ADOPTED BY HER UNCLE.

Administrative Claim No. TRT-WKR-2005-04452A
Comptroller of Currency Case No. 637269
U.S. Dept. of Justice
Western Regional Office
Harlyn W. Penn, Regional Counsel
7850 Dublin Blvd., 3rd Floor
Dublin, California

18 USC Ch. 46 §981
Civil and Criminal
Forfeiture of the
Property

has expanded the term "loss" to include, Time Spent investigation, Damage Assessment, Restoration. The Court Order issued on December 10, 2004, the Honorable Leslie E. Kobayashi, U.S. Magistrate Judge did rule and address the terminology "Competency Restoration". In subsequent documentation, Document 49, there again the Order pending the Defendant suffering from a Mental Defect. This ruling is now attributed to the Federal Bureau of Investigation file as I reviewed in February of 2004 and discovered the record in which is now the focus of the answer as to, "Why?" am I suffering from a Mental Defect. All investigative studies has established the facts and in revealing this fact of the matter, the "Mental Defect" is a creation of a manufactured story to support the Documented False, Misleading and Inaccurate record as maintained in FBI files since 1978!

In closing, at this time, I am requesting that arrangements be made for you and I to meet in Chambers to provide all of the appropriate reports in which the purchase of property (Real Estate) pursuant to those illegal activities that I was a part of as a result of Health Care Fraud Schemes. Should you require additional information, it has been brought to my attention that Dr. Kennedy at OCCC can be instrumental in arranging my release. I trust all of the information contained herein is satisfactory and I look forward to meeting with you,

Very Truly Yours,
Robert J. Kamolete, Sr., Ph.D.

CC: JANELLE JEREMIAH

CENSORED
OAHU COMMUNITY
CORRECTIONAL CENTER